Form oscmsdoc − oscmissdocv27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 26−21895−CMG
Chapter: 11
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Xenon Infotek Inc.
2 Kilmer Road, Ste B
Edison, NJ 08817

Social Security No.:

Employer's Tax I.D. No.:
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

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO FILE DOCUMENTS OR EXTEND TIME**

The debtor filed a petition on October 20, 2026 but failed to file the following documents required by Fed. R. Bankr. P. 1007:

Summary of Assets and Liabilities for Non−Individuals, Declaration Under Penalty of Perjury for Non Individual Debtors, Statement of Financial Affairs For Non−Individuals, Atty Disclosure Statement, List of Equity Security Holders, Schedules A/B,D,E/F,G,H.

It is hereby ORDERED that:

A hearing is scheduled before the Honorable Christine M. Gravelle on:

Date: November 10, 2026
Time: 11:00 AM
Location: Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 161 864 0151, Click on JOIN using passcode 069541, or call 1−646−828−7666

to show cause why the case should not be dismissed.

If **all** required documents are filed with the Clerk before the hearing date, this Order to Show Cause will be withdrawn and no appearance is required.

Any motion or other objection that is filed will be considered a Motion for Extension of Time to File Schedules, Statements, and Other Documents under Fed. R. Bankr. P. 1007(c), and will be scheduled by the court to be heard on the same date and time as this Order to Show Cause.

Unless all required documents are filed before the hearing date on this Order to Show Cause, or you have filed a Motion for Extension of Time to File Schedules, you **must** appear at the hearing, which may be conducted in−person, telephonically, or virtually. Please consult with your attorney or contact the Judge's Chambers BEFORE COMING TO COURT and/or making an appearance via telephone or Zoom. Contact information for each judge can be found on the court's website: www.njb.uscourts.gov. PLEASE BE ADVISED that failure to file all required documents, seek an extension, or appear at the hearing will result in dismissal of the case.

**IMPORTANT: Any document filed must be the most recent version of the applicable Official or Local Form. Please check www.njb.uscourts.gov to find updated forms.**

Dated: October 21, 2026
JAN: mmf

Christine M. Gravelle
United States Bankruptcy Judge